STATE OF CONNECTICUT *v.* GERMAN MONTANEZ

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 71 Conn. App. 246 (AC 21171), is denied.

*Mitchell S. Brody*, senior assistant state's attorney, in support of the petition.

*Pamela S. Nagy*, special public defender, in opposition.

Decided September 19, 2002

STATE OF CONNECTICUT *v.* GERMAN MONTANEZ

The defendant's cross petition for certification for appeal from the Appellate Court, 71 Conn. App. 246 (AC 21171), is denied.

*Pamela S. Nagy*, special public defender, in support of the cross petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided September 19, 2002

STATE OF CONNECTICUT *v.* SADI VIDRO

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 89 (AC 21409), is denied.

*Joseph Visone*, special public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided September 19, 2002